# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 471 |
| | : | |
| ORDER ADOPTING NEW RULE 705.1, | : | CRIMINAL PROCEDURAL RULES |
| AMENDING RULES 454, 462, AND 1010, | : | |
| AND APPROVING THE REVISION OF | : | DOCKET |
| THE *COMMENTS* TO RULES 409, 414, | : | |
| 424, 455, 550, 590, AND 704 OF THE | : | |
| PENNSYLVANIA RULES OF CRIMINAL | : | |
| PROCEDURE | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 9th day of March, 2016, upon the recommendation of the Criminal Procedural Rules Committee; the proposal having been published before adoption at 44 *Pa.B.* 2369 (April 19, 2014)**,** and in the Atlantic Reporter (Third Series Advance Sheets, Vol. 87)*,* and a *Final Report* to be published with this **ORDER**:

**IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that new Pennsylvania Rule of Criminal Procedure 705.1 and the amendments to Pennsylvania Rules of Criminal Procedure 454, 462, and 1010 are adopted, and the revision to the *Comments* to Pennsylvania Rules of Criminal Procedure 409, 414, 424, 455, 550, 590, and 704 are approved in the attached form.

This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective July 1, 2016.

Justice Eakin did not participate in the decision of this matter.

Additions to the rules are shown in bold and are underlined.
Deletions from the rules are shown in bold and brackets.